IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROYD P. CONYERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 2:19-1671 |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| MARK CAPOZZA,  et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER OF COURT</u>**

Before the Court is the November 18, 2025 Report and Recommendation (ECF No. 32) issued by the Honorable Kezia Taylor.   Judge Taylor's Report and Recommendation recommends that the claims set forth in the Petition for a Writ of Habeas Corpus (ECF No. 3) filed by Petitioner Jeroyd P. Conyers ("Petitioner") under 28 U.S.C. § 2254 be denied, and that the Court further deny a certificate of appealability.   Objections to Judge Taylor's Report and Recommendation were due by December 5, 2025.   No objections were filed, and the Court considers this matter to be ripe for disposition.

Following review of the magistrate judge's report and recommendation, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."   Fed. R. Civ. P. 72(b)(3).   The United States Court of Appeals for the Third Circuit has explained that, "even absent objections to the report and recommendation, a district court should 'afford some level of review to

1

dispositive legal issues raised by the report,'" and has "described this level of review as 'reasoned consideration.'"    *Equal Employment Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987)).

Upon reasoned consideration of Judge Taylor's Report and Recommendation, and following review of the relevant docket entries and the entire record in this matter, it is hereby ORDERED as follows:

The claims set forth in the Petition for a Writ of Habeas Corpus (ECF No. 3) filed by Jeroyd P. Conyers under 28 U.S.C. § 2254 are denied.    Because jurists of reason would not find it debatable whether each of Petitioner's claims should be denied for the reasons set forth in Judge Taylor's Report and Recommendation, a certificate of appealability is denied as to any of Petitioner's grounds for relief.    The Clerk of Court shall mark this case as closed.

BY THE COURT:

s/*Robert J. Colville*_____
Robert J. Colville
United States District Judge

Dated:        June 10, 2026

cc:            Honorable Kezia O. L. Taylor

               Counsel of Record

               Jeroyd P. Conyers
               3714 Uppark Drive
               Atlanta, GA 30349

2